# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Ray Joiner

Vs

Chicago Housing Authority

Department of Housing and Urban Development

The Habatit Co.

**RECEIVED**

AUG 29 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

1:13-cv-06173
Judge John J. Tharp, Jr
Magistrate Judge Geraldine Soat Brown

Complaint

On about the first week of September 2011 I informed my property manager (1507 North Clybourn) where I reside that I would submit a request for a live-In aid. The property manager Mrs. Cynthia Boler stated that the person I wish to be my aide Would have to submit a number of documents that would have to be submitted to the Chicago Housing Authority for their approval. Several weeks passed and I heard nothing About my request, I returned to Mrs. Boler's office at that time she informed me that som Additional information was needed, over the next few days I gathered the necessary Information requested and again submitted it to Mrs. Boler. By this time we were in The month of November, 2011 and I had heard nothing from my request. Just by chance I passed Mrs. Boler in the hallway and asked her how my application was coming, She informed me that my application was denied, I asked her why? Her reply was "It Was something your Doctor said" I asked, Mrs.Boler where was the paperwork related to The denial her reply was "It's out of my hands" I have stated the facts as I have a limited

Amount of information in this matter. What I am seeking in my complaint is to determine

The reason for the denial, my right to appeal it, my greater concern is that it was done

Without due process in that no written documents were given to me in this process .

No one explained, what happened to the very sensitive information of another person

That I submitted with the application. My other concern is, was this process proper and

were rules and procedures followed.

Ray Joiner

1507 North Clybourn Street

(773) 817-3938