UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ray Joiner

                        Plaintiff,

v.                                                    Case No.: 1:13−cv−06173
                                                        Honorable John J. Tharp Jr.

Chicago Housing Authority, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2014:

        MINUTE entry before the Honorable John J. Tharp, Jr:Case was called for status. Plaintiff did not appear as directed in the Court's order dated 1/16/14 [18]. The case is dismissed without prejudice for want of prosecution. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.