UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Ray Joiner
                                           Plaintiff,

v.                                                Case No.: 1:13−cv−06173
                                                     Honorable John J. Tharp Jr.

Chicago Housing Authority, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr: Minute entry [18] dated 1/16/14 is corrected to read as follows: Case called for status. No appearance was made by Plaintiff. Status is reset for 1/23/14 at 9:00 a.m. In the event that Plaintiff fails to appear, this case will be dismissed for want of prosecution. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.